**HUGHES ARRELL KINCHEN, LLP**
1910 Pacific Ave, Suite 15650
Dallas, Texas 75201
Telephone: (214) 764-7279
Facsimile: (713) 942-2266
Email: mdowney@hakllp.com

MARK D. DOWNEY, Texas Bar No. 00793637
Admitted Pro Hac Vice
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michelle Tipp, | § | Case No: 2:16-cv-02317-DGC |
| | § | |
| Plaintiff, | § | |
| | § | **AGH LAVEEN, LLC, MOTION** |
| v. | § | **IN LIMINE NO. 9 REGARDING** |
| | § | **EVIDENCE OR TESTIMONY** |
| Adeptus Health, Inc.; Adeptus Health | § | **SEEKING TO ELICIT THE JURY'S** |
| Phoenix Holdings, LLC; Adeptus Health | § | **EMOTION OR PREJUDICE** |
| Management, LLC, AGH Laveen, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

Pursuant to the Court's Order [Dkt. 92], Defendant, AGH Laveen, LLC, ("Laveen") hereby files its Motion in Limine No. 9 Regarding Plaintiff presenting argument, testimony and/or evidence that attempts to solicit improper prejudice against Defendant based on public opinion, social movements or political movements.

The introduction of testimony and/or evidence by Plaintiff attempting to solicit improper prejudice or to play on the jury's emotions, that is not based on actions or evidence regarding Laveen, including but not limited to:

    1. Statements or references to the "Me too" movement.

    2. Use of inflammatory terms "rape", "predator", "assault", "sexual assault.," which are terms that do not accurately describe any action by Defendant.

Any relevant of such evidence is substantially outweighed by the danger of one of more of the following: unfair prejudice, confusing the issues and misleading the jury, undue delay, wasting time and presenting cumulative evidence. FRE 403.  Moreover, reference to these matters is designed for no purpose other than to improperly incite the jury's emotions and rely on information not presented during trial.

**CONCLUSION/PROPOSED ORDER:**

*Plaintiff is precluded from offering testimony or presenting evidence that attempts to solicit improper prejudice against Defendant based on public opinion, social movements or political movements and/or that uses inflammatory terms that are conclusory terms that do not accurately describe the evidence.*

RESPECTFULLY SUBMITTED this 14th of February, 2018.

        Hughes Arrell Kinchen, LLP

        By: ___/s/ Mark D. Downey___
           Mark D. Downey
           *Attorney for Defendant,*
           *AGH Laveen, LLC.*

I hereby certify that on February 14, 2018
I electronically transmitted the attached document
To the Clerk's office using the CM/ECF System for filing
and to the following registrant:

|   |   |
|---|---|
| 1 |   |
| 2 | James M. Jellison via electronic mail |
| 3 | to jim@jellisonlaw.com; jellisonlaw@gmail.com, and kasey@jellisonlaw.com |
| 4 | 2020 North Central Ave., Suite 670 |
| 5 | Phoenix, AZ 85004 |
| 6 |   |
| 7 |   |
| 8 | /s/ Mark D. Downey |
| 9 |   |